

**FILED**

NOV - 5 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 655 |
| v. | Violation: Title 18, United States |
| FARHAN SHEIKH | Code, Section 875(c) |

**JUDGE ROWLAND**

**MAGISTRATE JUDGE COX**

The SPECIAL JANUARY 2020 GRAND JURY charges:

1. At times material to this indictment:

    a. iFunny is a social media platform that has both a website and a mobile application on which users can post internet memes. A meme is typically a humorous image, video, or piece of text that is copied and spread by internet users.

    b. Defendant maintained an account on iFunny with the user name "awarded" and used the account to post images and memes that could be viewed on the internet.

2. On or about August 13, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

FARHAN SHEIKH,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a post on his iFunny account stating,

> I am done with my state and thier [sic] bullshit abortion laws and allowing innocrnt [sic] kids to be slaughtered for the so called "womans [sic] right" bullshit. Ive [sic] seen nothing but whores go out of the way to get an abortion, but no more. I will not tolerate this anymore. Im [sic] DONE. On August 23rd 2019, I will go to [Victim A] in Chicago on [Street A]. I will proceed to slaughter and murder any doctor, patient or

visitor i [sic] see in the area and I will not back down. consider [sic] this a warning for anyone visiting...

with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY