**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. 1:19-cr-00655 |
| | ) | |
| FARHAN SHEIKH, | ) | Judge Mary M. Rowland |
| | ) | |
| Defendant. | ) | |

**DEFENDANT FARHAN SHEIKH'S RESPONSE TO PSR
AND POSITION REGARDING SENTENCING**

Defendant, Farhan Sheikh ("Mr. Sheikh" or "Farhan"), by and through his undersigned counsel submits the following Response to PSR and Position Regarding Sentencing:

**I. OBJECTIONS TO THE PSR**

Mr. Sheikh does not have any substantive objections to the PSR, except for its contention that a 4-level enhancement is appropriate and warranted because of the alleged substantial disruption to the business of the Clinic at issue.

Here, as addressed at trial, the two Clinic witnesses who testified at trial knew absolutely nothing about the alleged threats made by Farhan. Those Clinic witnesses were only made aware of the purported threats to their Clinic by members of law enforcement. Even then, those members of law enforcement did not reveal to those Clinic witnesses the actual nature of the purported threats. More importantly, it was *law enforcement* who directed and suggested to the Clinic that the various modifications to the Clinic be undertaken, and that changes to the Clinic workers' routines and policies be made. Thus, those "interruptions" were the direct result of the actions and statements of law enforcement – and were not the direct result of Farhan's alleged threats. In addition, the threats did not in fact result in a substantial disruption of the Clinic's

business functions. Rather, the Clinic was able to continue to operate, and of course never actually suffered any attacks or intrusions upon it.

## II. PROCEDURAL BACKGROUND

On October 4, 2023, the Government filed a Second Superseding Indictment, which charged Mr. Sheikh with a single count of transmitting threatening communications, in violation of 18 U.S.C. § 875(c). On November 8, 2023, the jury found Mr. Sheikh guilty.

The PSR applied the 2023 Guidelines and preliminarily determined the Total Offense Level to be 18, and Mr. Sheikh's Criminal History category to be I. This results in a suggested Guidelines range of 27 to 33 months. That Total Offense Level includes a 2-level enhancement, pursuant to §2A6.1(b)(2)(A), because US Probation asserts that the offense involved more than two threats. The Total Offense Level also includes a 4-level enhancement, pursuant to §2A6.1(b)(4)(B), because US Probation asserts that the offense of conviction resulted in a substantial disruption to the business functions of the Women's Aid Center.

As set forth below, the suggested Guidelines range is far greater than necessary to satisfy the legitimate aims of sentencing. Here, a sentence of time served is the most appropriate result in light of Mr. Sheikh's life history, the nature of his offense conduct, and his conduct since he was charged in the present case.

Clearly, *the several months that Farhan has already served in custody at the MCC* are more than enough to satisfy any legitimate aim or purpose of sentencing.

## III. PERSONAL BACKGROUND

*Mr. Sheikh's Personal Background*

Farhan is a 24-year-old, lifelong resident of the Chicago area. He was born in Pakistan and relocated to the United States with his parents as an infant. The family settled in the Chicago

area, where Farhan has resided since. As an only child, he has developed especially close relationships with his parents, describing his mother as his "best friend." Farhan has drawn upon his strong family support throughout this case. As reflected by his trial testimony, Farhan developed and maintained most of his "friends" in the on-line world.

Farhan's father, Mazhar Sheikh (age 63), ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Farhan's mother, Saira Sheikh (age 52) is a regional manager with the U.S. Census Bureau, with responsibilities for a multi-State area. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Despite ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, Farhan's parents have no history of mental health issues, substance abuse, criminal convictions, or any involvement with law enforcement. Farhan credits his parents for providing him with a stable, supportive upbringing. He spent his childhood in or near Chicago's Edgewater neighborhood, attending a public school that had a strong Indian and Pakistani presence. Farhan's family experienced some financial struggles during occasional periods of unemployment, but worked diligently to continue to meet their basic needs. However, there were no significant employment gaps, although his father's physical limitations did at times affect the family's financial stability.

In school, Farhan experienced extensive bullying. That bullying began in fifth grade and continuing through high school. This included name-calling, mocking of his appearance, and discrimination based upon his religious beliefs. This bullying, coupled with a teacher's disparagement, led him to withdraw socially and emotionally. Although his mother took steps to address these issues with school authorities, these experiences left an enduring impact upon Mr. Sheikh.

Despite his experiences with bullying, Farhan consistently demonstrated academic and extracurricular promise, including achieving accolades as a gifted student in elementary school, as scholar student in high school, and excelling in a dual-degree program at DeVry University, which he completed alongside high school. He further pursued computer science at DePaul University, and has approximately one year of classes left to complete.

Additionally, Farhan's community involvement has been extensive and extraordinary. Unlike many students who now attempt to "build resumes" by being involved in community-based activities, Farhan lived community service. For instance, he was recognized by Lions Club International as "Leo of the Year." That award was only given to one young person in the country. That awarded was given to Farhan based upon the hundreds of hours of community service that he provided through numerous Lion's Club activities; his leadership of others in connection with that work; and his genuine joy and enthusiasm in doing that work.

Farhan also received both the U.S. Presidential Award for distinguished youth and the Asian American Coalition Award—an honor given to only five individuals in the entire State of Illinois. His volunteerism also led to an acknowledgment from Illinois Poison Control.

Farhan continues to live with his parents and remains focused on his studies and personal development.

███████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

   ██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

   ███████████████████████████████████████████

      █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████

   ██████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████

     ████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

    █████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

     ███████████████████████████████████████

███████████████████████████████████████████████████



### *Mr. Sheikh's Exemplary Record of Achievement and Community Involvement*

Despite the many challenges he faced (*and continues to face*), Farhan has built an impressive record of achievements and community involvement that demonstrate his dedication to academic excellence, leadership, and service. Starting from a young age, Farhan showed exceptional academic promise, being recognized as a gifted student in elementary school and a scholar during his early years of high school. His academic journey accelerated as he completed his high school education along with an Associate's Degree, achieving a 3.4 GPA and securing an $80,000 scholarship—a competitive opportunity awarded to only 100 students, in which he was the top scorer. Entering college as a junior at age 18, he pursued studies at DePaul University and is currently in his final year working toward a degree in Computer Science.

Farhan's accomplishments include prestigious recognitions, such as the U.S. Presidential Award and the Asian American Coalition Award, both honoring his exemplary conduct and contributions as a youth. His involvement in community service has been extensive and sustained over a substantial period of areas. As a volunteer "Explorer" with the Chicago Police Department's District 24, Farhan gained valuable insight into civic responsibility while

contributing to his community's safety initiatives. He also became an integral member of Lions Club International, where he served as the President of the youth division of the Leo Club, and earned the "Leo of the Year" award in 2019 at the district level for his outstanding commitment to service.

Farhan's community efforts span numerous impactful projects, particularly with the Lions Club. He led initiatives such as running food drives for the hungry, organizing diabetes awareness programs, assisting in local eye clinics, and cleaning parks to create a healthier environment. His work also included collecting eyeglasses for donation to those in need, and providing interpreter services for community members who required language assistance at medical services. He is also known for his long-standing efforts to support homeless veterans, personally donating items, packing gifts, and helping them celebrate special occasions. His commitment to service is so strong that he even donated his vacation time to volunteer activities, reflecting a deep personal dedication to making a positive impact.

Farhan's influence within his community has made him a respected role model, known for his strong moral character, kindness, and willingness to help others. Since elementary school, he has dedicated countless hours to community service, always motivated by a desire to give back and express gratitude for the support he has received from his family and community. As he continues to grow in his academic and professional endeavors, Farahan will continue to remain a young leader whose values and actions contribute to the well-being and improvement of his community, setting a powerful example of citizenship and compassion.

### *Letters of Support*

The letters of support written on behalf of Farhan highlight his strong character, extensive community involvement, and the positive impact he has consistently made on those around him.

For example, in her letter, Razia Malik, a close family friend, attests to Mr. Sheikh's respectful and kind nature. She recalls his academic excellence, hardworking nature, and his active participation in extracurricular activities. She praises his potential to thrive as an adult and contribute meaningfully to society.

Sheeba Malik describes Farhan as a "brilliant young man" with a history of responsible conduct, academic achievements. She emphasizes that his intelligence and work ethic have made him a valuable asset to the community.

Ralph Zarada, a former district governor of the Lions Club, recounts Farhan's incredible dedication as a Leo and his exemplary work ethic. In fact, Mr. Zarada considers Farhan a role model for other young people in the community, particularly in light of Farhan's ability to manage teams and lead initiatives within the Rogers Park Lions Club.

Sofia Ali praises Farhan's warm-hearted, welcoming nature, and his consistent willingness to help others at community gatherings. She speaks to the genuine affection that others feel for Farhan because of his kindness, noting that Farhan has always been an exceptional student and a role model for younger community members.

A letter from the residents and owners of Emmerson Park Condo emphasizes Farhan's reliability and willingness to assist neighbors in tasks such as carrying groceries and helping seniors. They expressed their shock at the allegations against him, citing his longstanding role as a respected and disciplined young man who has positively influenced their community in numerous ways on a regular basis.

Finally, Sadruddin Noorani, a Director of the Asian American Coalition of Chicago and a fellow member of the Rogers Park Lions Club, vouches for Farhan's dedication to volunteerism and community upliftment. He even assured that Farhan would be instantly welcomed back as a

volunteer within his community organizations, where his expertise and compassionate spirit would continue to benefit the community.

Overall, these letters collectively portray Mr. Sheikh as a responsible, hardworking, and uncharacteristically community-focused young man whose character has earned him the respect and admiration of family, friends, neighbors, and community leaders. His supporters strongly believe in his potential for positive contributions and respectfully request consideration of his many commendable qualities.

## IV. DEFENDANT'S VERSION OF THE OFFENSE

This Court has already had the benefit of presiding over the trial of this action, and is accordingly well-versed in the facts of this case. However, of note are the following: 1) that Farhan made no attempt whatsoever to carry out the alleged on-line threats; 2) that Farhan readily cooperated with law enforcement when they came to his residence under the impression that he was a threat; 3) that even law enforcement at first appeared to first believe that lecturing Farhan was the appropriate remedy; 4) that law enforcement found a boy with a teddy bear in his room, and nothing to allow any inference that he was any threat to anyone; 5) that law enforcement found no evidence that Farhan was actually any credible threat or intended to carry out his on-line threats; and 6) that Farhan credibly and emotionally detailed his involvement in the activities at issue by way of his trial testimony.

Although Farhan persisted in a plea of not guilty and exercised his Constitutional right to a trial by a jury of his peers, he acknowledges and fully respects the verdict. Farhan accepts full responsibility for his actions and the offense conduct. During his allocution at the sentencing hearing, Farhan will make that plain and clear to this Court, in addition to expressing his remorse for his actions.

## V. DEFENDANT'S POSITION REGARDING SENTENCING

This Court exercises broad discretion to determine a just and equitable sentence that punishes the individual offender, as opposed to just the crime. *See, e.g., United States v. Ramirez-Mendoza*, 683 F.3d 771, 777 (7th Cir. 2012). After first calculating the applicable advisory Guidelines range, District Courts are then tasked with imposing a sentence that is reasonable under 18 U.S.C. § 3553(a), and importantly *not* greater than necessary. However, because Guidelines ranges are not to be presumed reasonable, this Court must also consider whether they actually conform to the particular circumstances of the case. *Nelson v. United States*, 555 U.S. 350 (2009); *United States v. Cunningham*, 429 F.3d 673, 676 (7th Cir. 2005); *United States v. Dean*, 414 F.3d 725, 730-31 (7th Cir. 2005). So long as the selected sentence is "rooted in § 3553(a), sufficiently individualized to the circumstances of [the] case, and generally associated with sentencing leniency," a below Guidelines sentence is entirely appropriate. *United States v. Wachowiak*, 496 F.3d 744, 745 (7th Cir. 2007). In fact, this Court is entitled to disagree with the result of the Guidelines calculation, and even categorically reject the Sentencing Commission's policy choices. *Spears v. United States,* 555 U.S. 261 (2009)*; United States v. Aguilar-Huerta,* 576 F.3d 365, 466-67 (7th Cir.).

Here, as set forth below, Mr. Sheikh respectfully asks this Court to use its discretion, in accordance with the § 3553(a) factors, to impose a sentence of time served.

## VI. APPLICATION OF 18 U.S.C. §3553(A) FACTORS

### THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

As noted above, Farhan very much understands the seriousness of the offense, and fully accepts responsibility for his actions. Additionally, as described in detail above, there are many

mitigating factors for this Court to consider when imposing a just and equitable sentence, including Farhan's personal history and characteristics.

Of equal significance is the fact that, since the offense conduct - over the many years of this case - Farhan has continued to be exactly the type of citizen and contributing member of the community that society, this Court, the Government, and anyone one else would expect him to be.

For those reasons, this Court should impose a sentence of time served.

**THE NEED FOR THE SENTENCE IMPOSED TO REFLECT THE SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT OF THE LAW, TO PROVIDE JUST PUNISHMENT AND ADEQUATE DETERRENCE, AND TO PROVIDE THE DEFENDANT WITH NEEDED MEDICAL CARE**

This Court is tasked with the difficult decision as to what constitutes a "just" punishment for Farhan. While the Guidelines serve as a very rough benchmark, they entirely fail to adequately take into account the unique characteristics and history of Farhan, and the facts of this case.

To be blunt, a within Guidelines range sentence would be ludicrous, and would be far "greater than necessary" to fulfill any of the legitimate aims of sentencing.

Furthermore, a core finding of research reveals that deterrence is primarily a function of the *certainty* of punishment, not its *severity*.[1] Daniel Nagin, one of the foremost scholars of deterrence in the United States, has found that "the effect of certainty rather than severity of punishment reflect[s] a response to the certainty of apprehension." It is the certainty of punishment, the likelihood of getting caught, prosecuted, and punished, that will deter the general public, not the severity of prison time.

---

[1] *See* Daniel S. Nagin, *Deterrence in the Twenty-First Century: A Review of the Evidence*, 42 Crime and Just. 199, 207 (2013).

Farhan's conduct in this case has already resulted in certain punishment, a federal felony conviction, which will affect him for the rest of his life. Moreover, it resulted in him already having been incarcerated for a period of months, which caused him tremendous emotional distress.

In addition, as the Court is aware, a federal conviction is a stigma that blights one's life forever and has and will continue to have serious and severe consequences upon not just Farhan, but also his family. The punishment to which Farhan has already been subjected has more than provided him with a permanent reminder of his wrongdoing. For that, Farhan carries a high degree of guilt and shame.

One would be hard-pressed to find members of the community who would take the position that the time that Farhan has already served in custody is somehow insufficient, and/pr that he needs to be subject to further incarceration. This is particularly true in light of the fact that far more serious crimes; committed by many with far more serious criminal histories; and committed by those with much less laudable community involvement than Farhan – routinely result in no custodial time at all.

### COST OF CONFINEMENT

Given that Farhan was already incarcerated for a significant period of time at the MCC and under quite difficult conditions; Farhan's personal history; Farhan's work within the community; the nature of his offense conduct; his conduct since the offense conduct; and the fact that he poses absolutely no danger whatsoever to the community, it would make absolutely no sense to spend hundreds of thousands of taxpayer dollars to confine him.

**DETERRENCE**

Farhan has clearly already been *specifically* deterred. Indeed, he has done nothing but engage in law-abiding conduct since the offense conduct at issue. Perhaps more importantly, he had stopped engaged in any activities on Ifunny. Of course, he has not posted anything at all, since this case began, that could be viewed as threatening in any way whatsoever – much less troubling or concerning.

With respect to *general* deterrence, it is far fetched to believe any member of this community or society will be deterred by the outcome of this case. Moreover, there is no empirical evidence or case law support, to allow any such inference or conclusion.

**THE KINDS OF SENTENCES AVAILABLE**

Justice would clearly *not* be served by incarcerating Farhan for any additional period of time. Even a below Guidelines sentence would be far "*greater* than necessary" and would not serve any of the legitimate aims of sentencing.

**VI. TERMS OF SUPERVISED RELEASE**

**Mandatory Conditions:** Mr. Sheikh objects only to No. 6, and only in part. The information presented to this Court constitutes "reliable sentencing information [that] indicates a low risk of future substance abuse" by Mr. Sheikh, and therefore allows this Court to ameliorate or suspend this mandatory condition.

**Discretionary Conditions:** Mr. Sheikh objects only to No. 16, and only in part. There is no reason for US Probation to visit Mr. Sheikh, or any other defendant, at work. Employment can be verified in other ways, and such visits can lead to adverse consequences for Mr. Sheikh, including termination.

Mr. Sheikh also objects to No. 23. Submitting to a search of his "person, property, house,

residence, vehicle, papers [computers (as defined in 18 U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media,] or office" by a United States Probation Officer would constitute an unreasonable and unnecessary expansion of the Government's search power.

**Special Conditions:** No objections.

**WHEREFORE**, Mr. Sheikh, by and through his undersigned counsel, respectfully requests that this Court enter an Order imposing a sentence of time served, with such other and further conditions as deemed appropriate by this Court, and for such other and further relief as is appropriate.

        **Respectfully submitted,**

        By: **/s/ Michael I. Leonard**
            **Counsel for Mr. Sheikh**

**LEONARD TRIAL LAWYERS**
Michael I. Leonard
Matthew A. Chivari
120 North LaSalle St., Suite 2000
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardtriallawyers.com
matthew@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

The undersigned states that, on October 30, 2024, he EFILED by way of this Court's ECF filing system, the above Defendant's Sentencing Memorandum, which was therefore served upon all counsel of record.

By: **/s/ Matthew A. Chivari**
    **Counsel for Mr. Sheikh**